# EXHIBIT 1

P O BOX 1839
MARYLAND HEIGHTS, MO 63043-1839
11/26/2018



CONSUMER COLLECTION MANAGEMENT INC.
P O BOX 1839
MARYLAND HEIGHTS, MO 63043-1839
(314) 513-0122
TOLL FREE (800) 325-6611



JERAMY D ALLERDISSEN -

| CREDITOR | ACCOUNT # | AMOUNT DUE |
|---|---|---|
| ST LUKES HOSPITAL | 170 | $1,153.37 |

This account has been listed with our office for collection.

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

Consumer Collection Management is a collection agency for the above referenced client.

Remit the bottom portion of this notice with your check or money order. We also accept payment by means of direct check.

### Important Message

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

☐ Please check box if above address is incorrect or if insurance information has changed and indicate change(s) on reverse side



JERAMY D ALLERDISSEN -

You may pay this bill
Online at www.consumercollection.com
By phone at (800) 325-6611 or (314) 513-0122

CHECK CARD USING FOR PAYMENT

| ☐ MASTERCARD   ☐ VISA | |
|---|---|
| CARD NUMBER | CVV2 CODE |
| SIGNATURE | EXP. DATE |
| CARDHOLDER'S NAME | |
| ACCOUNT NUMBER  83 | TOTAL DUE  $1,153.37 |
| HOME PHONE | |
| WORK PHONE | |

CONSUMER COLLECTION MANAGEMENT INC.
P O BOX 1839
MARYLAND HEIGHTS, MO 63043-1839

L01